# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 1:11CR00016-002 |
| v. | ) | **ORDER** |
| | ) | |
| **KENDRA MONIQUE LEWIS,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

No objections having been timely filed to the Report and Recommendations of the magistrate judge filed April 13, 2012, it is **ORDERED** as follows:

1. The Report and Recommendations (ECF No. 56) are fully ACCEPTED; and

2. Defendant's Motion to Suppress (ECF No. 37) is DENIED.

ENTER: May 4, 2012

/s/ James P. Jones
United States District Judge